MARA KHAYAN
147 W ACACIA AVE APT 139
GLENDALE, CA 91204
TEL.818- 631-7099



2012 JAN 11 PM 3:43

CLERK U.S. DIST... CENTRAL... LOS ANGELES

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| MARA KHAYAN, an individual | CASE NUMBER |
|---|---|
| PLAINTIFF/PETITIONER, | **CV12-296** |
| v. | |
| ASSET ACCEPTANCE CAPITAL CORP | REQUEST TO PROCEED |
| (See Attached for Additonal Defendant) DEFENDANT(S). | IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT |

I, MARA KHAYAN, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes  ☑No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. IHFF $700 PER MONTH

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☐Yes ☑No
   b. Rent payments, interest or dividends?   ☐Yes ☑No
   c. Pensions, annuities or life insurance payments?   ☐Yes ☑No
   d. Gifts or inheritances?   ☐Yes ☑No
   e. Any other income (other than listed above)?   ☐Yes ☑No
   f. Loans?   ☐Yes ☑No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

---

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

CV-60 (04/06)                                                                                                    Page 1 of 2

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐Yes ☒No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes ☒No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. In what year did you last file an Income Tax return? 2008_____

   Approximately how much income did your last tax return reflect? $10,000_____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   _____
   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

|  California  |  Los Angeles  |
|:---:|:---:|
| State | County (or City) |

I, MARA KHAYAN_____, declare under penalty of perjury that the foregoing is true and correct.

01/11/2012
Date

*(signature)*
Plaintiff/Petitioner (Signature)

---

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

CV-60 (04/06)                                                                                              Page 2 of 2