*CLOSED*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARA KHAYAN, an individual, | Case No.: CV 12-296-GW(FMOx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ASSET ACCEPTANCE CAPITAL CORP., *et al.*, | |
| Defendants. | |

On April 19, 2012, the Court issued a Minute Order dismissing this case brought by the plaintiff, Mara Khayan ("Plaintiff"), without prejudice.  (Doc. No. 21.)

By Order dated May 21, 2012, the Court sanctioned Plaintiff and Plaintiff's counsel of record, Arshak Bartoumian, jointly in the amount of $2,127.58.  (Doc. No. 25.)  The Court ordered Plaintiff and Plaintiff's counsel to pay the sanctions to defendant Resurgent Capital Services, L.P.  (*Id.*)

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff shall take nothing by Plaintiff's complaint and defendant Resurgent Capital Services, L.P. is hereby **DISMISSED** from this action, **WITHOUT PREJUDICE**.

- 1 -

1    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that

2    Plaintiff Mara Khayan and Plaintiff's counsel, Arshak Bartoumian, shall jointly

3    pay to defendant Resurgent Capital Services, L.P. the amount of **$2,127.58**.

4

5

6    DATED:  March 4, 2013    _____

7                            HON. GEORGE H. WU
                             UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -